UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| CHACE FRAZIER AND MISTY PEIKOFF, § § § | |
| Plaintiffs, § § | Civil Action No. 4:23-cv-00761-O |
| v. § § | |
| JPNS PROPERTIES, LLC AND KM HOLDINGS GRANBURY, LLC, § § § | |
| Defendants. § | |

### ORDER

On October 9, 2023, the Court ordered the parties to mediate **no later than January 30, 2024** and to file a joint mediation report **within seven days** thereof. *See* Scheduling Order ¶ 5, ECF No. 14. The parties' written report was due **February 6, 2024**. However, the docket does not reflect any mediation report having been filed.

Accordingly, it is **ORDERED** that the parties **SHALL** file a Joint Mediation Report in compliance with the binding Scheduling Order decreed by the Court for this case **no later than February 9, 2024**. *See* Scheduling Order ¶ 5 c., ECF No. 14. Failure to comply with this Order will result in dismissal of the above-captioned case for want of prosecution and of compliance with federal court orders. *See* FED. R. CIV. P. 41(b); *Boudwin v. Graystone Ins. Co., Ltd.*, 756 F.2d 399, 401 (5th Cir. 1985).

**SO ORDERED** on this **8th day** of **February, 2024**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE