# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| **CHACE FRAZIER AND MISTY PEIKOFF**  §<br>§<br>*Plaintiffs*,  §<br>§<br>§<br>v.  §<br>§<br>**KM HOLDINGS GRANBURY, LLC AND JPNS PROPERTIES, LLC,**  §<br>§<br>§<br>§<br>§<br>*Defendants.*  § | Civil Action No. 4:23-cv-00761-O |

## ORDER GRANTING JOINT MOTION TO MODIFY SCHEDULING ORDER

On this day came on to be considered the Parties' Joint Motion to Modify Scheduling Order. After considering the Parties' Joint Motion, and for good cause shown, the Court finds that the motion should be **GRANTED**.

Accordingly, it is **ORDERED** that the following dates and deadlines set forth in the current Scheduling Order in this case are modified as follows:

Discovery Completion Deadline: February 29, 2024

Mediation Deadline: March 1, 2024

Dispositive Motion Deadline: March 15, 2024.

All other dates and deadlines set forth in the current Scheduling Order will remain in effect.

**SO ORDERED** on this _____ day of February 2024.

_____
Hon. Reed O'Connor
UNITED STATES DISTRICT JUDGE

19236375.1