IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **CHACE FRAZIER AND MISTY PEIKOFF** | § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | Civil Action No. 4:23-cv-00761-O |
| **KM HOLDINGS GRANBURY, LLC** AND **JPNS PROPERTIES, LLC,** | § § § § § | |
| *Defendants.* | § § | |

## JOINT MEDIATION REPORT

Pursuant to the Court's Order of February 13, 2024 (Doc.17), Plaintiffs Chace Frazier and Misty Peikoff ("Plaintiffs"), and Defendants KM Holdings Granbury, LLC and JPNS Properties, LLC ("Defendants") (collectively, the "Parties"), by and through their undersigned counsel, respectfully file this Joint Report on Mediation:

1.  The parties mediated this case with Mediator Courtenay Bass of Gilbert Mediation Services on February 20, 2024, and all parties participated through representatives and counsel with full settlement authority.

2.  The parties were unable to reach settlement during the mediation, but continued discussions following the mediation resulted in a settlement and compromise of all claims alleged in this Civil Action. The parties have executed a final Settlement Agreement on March 7, 2024, resolving the disputes.

3.  The parties, upon performance of the remaining settlement terms, will be filing a Joint Motion and Stipulation for Dismissal with Prejudice of this action within the next seven days.

The parties appreciate the Court's consideration in this matter.

    Respectfully submitted,

    */s/ James H. Birch*
    **James H. Birch**
    Texas Bar No.: 00797991
    jim.birch@steptoe-johnson.com
    STEPTOE & JOHNSON PLLC
    6900 N. Dallas Pkwy., Suite 600
    Plano, Texas 75024
    469-920-8216
    **Dylan T. Hughes**
    Texas Bar No.: 24129644
    dylan.hughes@steptoe-johnson.com
    STEPTOE & JOHNSON PLLC
    500 North Akard Street, Suite 3200
    Dallas, Texas 75201
    214-251-8005 (T)

    *Attorneys for Defendants*

    **AND**

    */s/ Douglas B. Welmaker*
    **Douglas B. Welmaker**
    Texas Bar No. 00788641
    Welmaker Law, PLLC
    409 N. Fredonia, Suite 118
    Longview, Texas 75601
    doug@welmakerlaw.com
    (512) 799-2048

    *Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing document has been forwarded to all known counsel of record in this case in accordance with the Federal Rules of Civil Procedure on this 8th day of March 2024.

                                    */s/ James H. Birch*
                                    **James H. Birch**