IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **CHACE FRAZIER AND MISTY PEIKOFF,** | § § § | |
| **Plaintiffs,** | § § | Case No. 4:23-cv-761-O |
| v. | § § | |
| **KM HOLDINGS GRANBURY, LLC AND JPNS PROPERTIES, LLC,** | § § § | |
| **Defendants.** | § § § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs Chace Frazier and Misty Peikoff ("Plaintiffs") and Defendants KM Holdings Granbury, LLC and JPNS Properties, LLC ("Defendants") (collectively "the Parties") stipulate and agree that as Plaintiffs no longer desire to pursue their claims against Defendants, any and all allegations, claims, and defenses asserted by and between them in the above-styled and numbered action should be dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(ii) and each party shall bear their own fees and costs.

WHEREFORE, Plaintiffs and Defendants respectfully request the Court enter an order dismissing with prejudice any and all claims asserted by and between Plaintiffs and Defendants in this action with each party bearing their own attorney's fees and costs.

Respectfully submitted,

WELMAKER LAW, PLLC


*/s/  Douglas B. Welmaker*
Douglas B. Welmaker
Attorney-in-Charge
State Bar No. 00788641
Welmaker Law, PLLC
409 N. Fredonia, Suite 118
Longview, Texas 75601
Phone: (512) 799-2048
Email: doug@welmakerlaw.com

**ATTORNEY FOR PLAINTIFF**


Respectfully submitted,

*/s/ James H. Birch*
**James H. Birch**
Texas Bar No.: 00797991
jim.birch@steptoe-johnson.com
STEPTOE & JOHNSON PLLC
6900 N. Dallas Pkwy., Suite 600
Plano, Texas 75024
469-920-8216
**Dylan T. Hughes**
Texas Bar No.: 24129644
dylan.hughes@steptoe-johnson.com
STEPTOE & JOHNSON PLLC
500 North Akard Street, Suite 3200
Dallas, Texas 75201
214-251-8005 (T)


**ATTTORNEY FOR DEFENDANTS**

## **CERTIFICATE OF SERVICE**

  On March 13, 2024, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Norhtern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all counsel and/or pro se parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

          */s/ Douglas B. Welmaker*
          Douglas B. Welmaker